IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALVIN MURPHY,<br>*Plaintiff* | §<br>§<br>§ | |
| V. | §<br>§ | CIVIL ACTION NO. 4:18-cv-1246 |
| COLORADO COUNTY JAIL, COLUMBUS,<br>TEXAS, COLORADO COUNTY SHERIFF R.H.<br>WIED, JAIL ADMINISTRATOR TOMMY<br>RICHTER, CORPORAL JONES, JAIL<br>SERGEANT BRETT VASEK, AND JAIL<br>ADMINISTRATOR TRACEY LEWIS<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Colorado County Jail, Colorado County Sheriff R.H. Wied, Jail Administrator

Captain Tommy Richter, Corporal Jones, Jail Sergeant Brett Vasek, and Jail Administrator Tracey

Lewis file this Notice of Removal pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

### I.    STATEMENT OF THE CASE

1. Plaintiff Alvin Murphy filed this suit on March 13, 2018 in the 61st Judicial District Court of Harris County, Texas.

2. Plaintiff brings suit pursuant to 42 U.S.C. § 1983. Plaintiff contends that Defendants violated his rights under the Eighth Amendment of the United States Constitution. Plaintiff alleges no claims arising under state law.[1]

3. Colorado County Sheriff R.H. Wied, Captain Tommy Richter, and Lieutenant Lewis were served on April 2, 2018. Corporal Jones and Sergeant Vasek were served on April 3, 2018.

---

[1] Plaintiff's Original Petition as required by 28 U.S.C. § 1446(a) is attached as Exhibit 1.

4.    Contemporaneously with this Notice of Removal, Defendants filed their Original Answer and Motion to Dismiss.

## II.    BASIS FOR REMOVAL

5.    Removal is proper because this civil action arises under 42 U.S.C. § 1983; therefore, a federal question exists. *See* 28 U.S.C. §§ 1331, 1343.

6.    Defendants will promptly file a copy of this Notice of Removal with the clerk of the state court where the action is pending.

7.    Venue for this Removal is proper in the United States District Court for the Southern District of Texas, Houston Division because this district and division includes Colorado County, Texas. Colorado County, Texas is the location where all or a substantial part of the events giving rise to his claim occurred.

## III.    CONCLUSION

As stated herein, this matter involves a federal civil rights question, thereby invoking the subject matter jurisdiction of this court. Jurisdiction and venue are property in the United States District Court for the Southern District, Houston Division.

Respectfully submitted,

/s/ J. Eric Magee
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
Carah-Beth Bass
SBN: 24070753
c.bass@allison-bass.com
**ALLISON, BASS & MAGEE, L.L.P.**
A.O. Watson House
402 W. 12th Street
Austin, Texas  78701
(512) 482-0701 telephone
(512) 480-0902 facsimile

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of April, 2018, I electronically filed the Defendants' Notice of Removal with the Clerk of Court using the CM/ECF system and served the foregoing Notice of Removal to the following via certified mail, return receipt requested:

Alvin Murphy
2215 Walnut Street
Columbus, Texas 78934
*Pro se Plaintiff*

/s/ J. Eric Magee
J. Eric Magee