# EXHIBIT 1

10:00am
4/2/18

**CERTIFIED MAIL BY CONSTABLE**

CAUSE NO.  201816544

RECEIPT NO.                              75.00       CO1

\*\*\*\*\*\*\*\*\*                         TR # 73475175

PLAINTIFF: MURPHY, ALVIN                    In The    61st
          vs.                               Judicial District Court
DEFENDANT: COLORADO COUNTY JAIL             of Harris County, Texas
                                            61ST DISTRICT COURT
                                            Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

Delivery this 28 day of Mar, 20 18

ALAN ROSEN, Constable
Precinct #1, Harris County

By

TO: WEID, R H ( SHERIFF)
    2215  WALNUT   COLUMBUS  TX  78934
    Attached is a copy of ORIGINAL PETITION

This instrument was filed on the 13th day of March, 2018, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

    This citation was issued on 23rd day of March, 2018, under my hand and
seal of said Court.

Issued at request of:                       *Chris Daniel*
MURPHY, ALVIN                               CHRIS DANIEL, District Clerk
2215  WALNUT                                Harris County, Texas
COLUMBUS, TX  78934                         201 Caroline, Houston, Texas 77002
                                            (P.O. Box 4651, Houston, Texas 77210)
Bar No.:  1
                                            Generated By: CHAMBERS, WANDA  ULW//10902994

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ____.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ____.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____                              _____

                                            _____ of _____County, Texas

_____      By _____
          Affiant                                    Deputy

COURT 61

2018 16544

PAGE 1 OF 1    ALVIN MURPHY                                3-9-18

VS                                          #        CIVIL COURT

COLOLARO COUNTY JAIL                        HARRIS COUNTY, TX
                                                    27210-4651
COLUMBUS, TEXAS                             CIVIL INTAKE

SHERIFF- R.H. WIED

JAIL ADMINISTRATOR - CAPT. TOMMY RICHTER.

CORPORAL - MR. JONES

JAIL SERGEANT - BRETT UASEK

JAIL LIEUTENANT - TRACY LEWES

MAIL PROCESSING - DEPUTY-B

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2018 MAR 13 AM 8:36

IN THE NAME OF
ALVIN MURPHY, I HERBY DECLARE THAT THIS
STATEMENT IS TRUE AND CORRECT TO
THE BEST OF MY KNOWLEDGE.

ON THE 9TH DAY OF MARCH, 2018, AT THE
COLORADO COUNTY JAIL, COLUMBUS TX
78934, I ADVISED, MS. MEEKS, CONTROL PICKET,
OPERATOR, JAIL NURSE HEATHER AND CORPAL JONES,
THAT I HAD A MEDICAL EMERGENCY DUE TO
A SEIZURE OR PASSING OUT IN MY CELL

PAGE 1 of 2. AND CAUSING BLUNT FORCE TRAMA TO THE HEAD AREA AND NOSE AREA IN WHICH LEFT NOTICEABLE BLOOD ON FACE AREA AND NEEDED MEDICAL ATTENTION. I WAS ONLY SEEN BY NURSE THRU THE CELL door GLASS AND X-RAY TECH. CAME TO JAIL TO ONLY TAKE X-RAY OF MY NECK. I HAD A VISIBLE SIZE KNOT ON RIGHT SIDE OF FOREHEAD DUE TO CONTACT WITH CEMENT FLOOR. I ADVISED CORPAL JONES, JAIL NURSE HEATHER THAT AFTER LOSING CONSICIOUS OR SIEZURE, THAT I HAD EXTREAM PAIN AND KEEP LOSSING CONSINCIOUS AND PASSING OUT AND BLURY VISION. THEY REFUSED MEDICAL ATTENTION ON THIS PROBLEM AND I WAS ADVISED JUST TO LAY DOWN N SHUT THE HELL UP BY CONTROL PICKET OPERATOR IN WHICH AT THAT GIVEN TIME THE INTERCOM SYSTEM WAS TURNED OFF AND I WAS LEFT IN A SINGLE CELL WITH NO CONTACT AND LEFT HELPLESS WITH PAIN AND SUFFERING NOT ONCE SINCE THIS HAPPEN IN AROUND 12:00 PM HAS ANYONE EXAMING MY PERSON AT THE TIME of SAID INCIDENT IN WHERE ITS NOW 2:00 PM AND STILL ONLY HAD A X-RAY TO CHECK NECK ONLY NO ONE HAS ADDRESSED THE HEAD INJURY AT THIS TIME IN WHICH LEFT ME WITH SERVE PAIN, SWELLING TO HEAD, BLURY VISION, LOSS OF CONCITIOUS FEAR OF MY LIFE DUE TO HEAD TRAMA POSSIBLE BRAIN SWELLING, TREAMORS TO BODY. IN WHICH NOW IS 3:00 PM LOSS VISION N CONCISIOUS AT THIS TIME IN WHERE I AM STILL being denied MEDICAL ATTENTION for MY HEAD TRAMA ——

PAGE 1 of 3  I, ALVIN MURPHY, DO HERBY SWEAR AND AFFIRM THE FOREGOING STATEMENT TO BE TRUE AND CORRECT TO THE BEST of MY KNOWLEDGE ON THIS 9th DAY of MARCH 2018

Alvin Murphy 3-9-18

2215 WALNUT

Columbus, TX

78934

RELIEF: I THERFORE PRAY FOR THE AMOUNT of $100,000 ONE HUNDRED THOUSAND DOLLARS DUE TO MENTAL Anguish, PAIN IN SufferIng from Head TRAMA And fEAR for MY Life. ALSo I THEfore PRAY This CourT/ JURY See's fIT TO ORDER COLORADo COUNTY JAIL To HAVe DoCTOR ON SITE for MEDICAL EMERGENCY.

AT THIS TIME I WISH To IsJue CITATIONS To EACH of THE DefenDANTS Listed here In LAWSuiT AND JURY fEE's. To BE SERVeD.

1. SHeRiff. R.H. WEID
   2215 WALNUT
   COLumbus, TX 78934

2. TomMY RICHTER- CAPTAIN
   2215 WALNUT
   Columbus TX 78934

3. CoRPAL. MR. JoNes
   2215 WALNUT
   Columbus, TX 78934

4. SergeANT BRETT VASEK
   2215 WALNUT
   COLumbus, TX 78934

5. JAIL LIEUTNANT TRACY LEWIS
   2215 WALNUT
   COLumbus, TX 78934